VINCENT AVERY
VAVERY@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

August 14, 2015

**BY ECF**

The Hon. Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, Room N208
Brooklyn, New York 11201

Re:   Jing Zhang, et al. v. Jenzabar, Inc., et al., 12 Civ. 2988 (RRM) (RER)

Dear Judge Reyes:

We represent the defendants in the above-referenced matter, and write jointly with plaintiff's counsel to request that a settlement conference be held before Your Honor on October 13, 2015, with the possibility of continuing negotiations on October 14, 2015, if the parties are unable to resolve this matter by the end of the day on October 13th. As per Your Honor's directive, we have confirmed all parties and their respective attorneys are available for a settlement conference on both of these two dates.

We thank Your Honor for your consideration in this matter.

**GORDON & REES LLP**

Respectfully submitted,

/s/ *Vincent Avery*

Vincent Avery

cc: All counsel of record (by ECF)

1080053/24664586v.1

CALIFORNIA ♦ NEW YORK ♦ TEXAS ♦ ILLINOIS ♦ NEVADA ♦ ARIZONA ♦ COLORADO ♦ OREGON ♦ WASHINGTON
NEW JERSEY ♦ FLORIDA ♦ GEORGIA ♦ CONNECTICUT ♦ MISSOURI ♦ WASHINGTON, DC ♦ PENNSYLVANIA ♦ NORTH CAROLINA