# Zhang et al. v. Jenzabar, Inc. et al.
## Plaintiffs' Exhibit List (with objections)

| No. | Description | Identifier | Objection |
| --- | --- | --- | --- |
| 1 | Employment Agreement from Jenzabar to Zhang dated June 10, 2010 | AGA 000010-11 | No objection |
| 2 | Full-time Employment Agreement from Jenzabar to Zhang dated September 7, 2010 Agreement | AGA 000012-000013 | No objection |
| 3 | Jenzabar Inc.'s Agreement to Protect Company's Assets signed by Jing Zhang | P000038-41 | No objection |
| 4 | Jing Zhang's paystubs from Jenzabar Inc. | P000058-97 | Object on grounds that this "exhibit" is actually several different documents/paystubs |
| 5 | Jing Zhang 2012 W-2 Form from Jenzabar Inc. | | No objection |
| 6 | Jing Zhang 2011 W-2 Form from Jenzabar Inc. | P000042 | No objection |
| 7 | Jenzabar Inc. Employment Application completed by Jing Zhang | P004412-14 | FRE 106: Completeness |
| 8 | Jenzabar Inc. Employee Handbook | P000098-136 | No objection |
| 9 | Jenzabar Inc. anti-harassment & discrimination policies | P004396-99 | No objection |
| 10 | Handbook Acknowledgement Form signed by Jing Zhang | P004419 | No objection |
| 11 | Benefit Forms signed by Jing Zhang | P000014-17 | No objection |
| 12 | New York Annual Pay Notice from Jenzabar Inc. to Jing Zhang | P000044 | No objection |
| 13 | March 2, 2012 proposal to Jing Zhang | AGA 00001-2 | No objection |
| 14 | Proposed employment contract from Jing Zhang dated 3/2/2012 | AGA 000387 | No objection |

| No. | Description | Identifier | Objection |
|---|---|---|---|
| 15 | March 9, 2012 memorandum to Jing Zhang | AGA 000003-4 | No objection |
| 16 | Jenzabar Foundation Inc. Articles of Organization | Exhibit 9 to Declaration of Kevin Mintzer in Support Plaintiff's Motion for Partial Summary Judgment dated June 27, 2014 ("Mintzer Declaration") | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 17 | AGA Articles of Organization | AGA 000016-23 | No objection |
| 18 | AGA Amended and Restated By-Laws | AGA 000070-75 | No objection |
| 19 | AGA 501(c)(3) submission dated 4/12/2011 | AGA 000024-69 | No objection |
| 20 | Jenzabar Foundation Inc.'s 2012 Annual report, on file with the Secretary of the Commonwealth, Corporation Divisions | Exhibit 11 to Mintzer Declaration | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 21 | Jenzabar Foundation Inc.'s 2011 Annual Report, on file with the Secretary of the Commonwealth, Corporation Divisions | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 22 | Jenzabar Foundation Inc.'s 2010 Annual Report, on file with the Secretary of the Commonwealth, Corporation Divisions | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 23 | Jenzabar Foundation Certificate of Change of Principal Office dated 4/12/2010 | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |

| No. | Description | Identifier | Objection |
|---|---|---|---|
| 24 | Jenzabar Foundation Inc. 2010 IRS Form 990 | P001298-1326 | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 25 | Jenzabar Foundation Inc. 2011 IRS Form 990 | P001268-1297 | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 26 | Jenzabar Foundation Inc. 2012 IRS Form 990 | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 27 | Jenzabar Inc. 2015 Annual report, on file with the Secretary of the Commonwealth, Corporation Divisions | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 28 | Jenzabar Inc. 2014 Annual report, on file with the Secretary of the Commonwealth, Corporation Divisions | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 29 | Jenzabar Inc. 2013 Annual report, on file with the Secretary of the Commonwealth, Corporation Divisions | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 30 | Jenzabar Inc. 2012 Annual report, on file with the Secretary of the Commonwealth, Corporation Divisions | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 31 | Jenzabar Inc. 2011 Annual report, on file with the Secretary of the Commonwealth, Corporation Divisions | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |

| No. | Description | Identifier | Objection |
| --- | --- | --- | --- |
| 32 | Jenzabar Inc. 2010 Annual report, on file with the Secretary of the Commonwealth, Corporation Divisions | | FRE 402: Relevance<br><br>FRE 403: Prejudicial/Confusing/Misleading/ Delay/Waste of Time/Cumulative |
| 33 | AGA briefing on China's one child policy and recommendations for United States policy | P00669-677 | No objection |
| 34 | All Girl's Allowed Resource Packet (dated 7/10/2010) | P000680-782 | No objection |
| 35 | "Our Mission" statement from AGA's website from October 2010 | Exhibit 5 to Ling Chai Deposition | No objection |
| 36 | Email by Ling Chai to Pat Barnett re offer letter to Jing Zhang dated 5/26/2010 | P000001-2 | No objection |
| 37 | Emails between Jennifer Long to Brian Lee dated 9/14/2010 with attached email from Long to Zhang dated 9/10/2010 | AGA0004715-4716 | No objection |
| 38 | Emails from Brian Lee to Ling Chai re Zhang Jing and full time with AGA dated 9/2/2010 | AGA0002199 | No objection |
| 39 | Emails between Brian Lee and Ling Chai re devotions and conversation with Jing Zhang dated 3/15/2011-3/17/2011 | AGA0002614-2615 | No objection |

| No. | Description | Identifier | Objection |
|---|---|---|---|
| 40 | Emails between Brian Lee and David Aikman and others between 3/1/2010 and 3/3/2012 re Seeking wisdom about personnel decisions | AGA0002822-2825 | No objection |
| 41 | Letter from Daniel Alterman, Esq. to Robert Maginn, Jr. dated March 28, 2012 re Jing Zhang | P001352-1356 | FRE 402: Relevance<br><br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative<br><br>FRE 408: Compromise Offer/Negotiations<br><br>FRE 801, 802: Hearsay |
| 42 | All Girls Allowed supplemental IRS submission dated 4/23/2012 | AGA000083-000143 | No objection |
| 43 | Proposed Separation Agreement and benefits information provided to Zhang regarding her termination | P000157-000178 | Object on grounds that this "exhibit" contains the same document repeated multiple times unnecessarily |
| 44 | Emails from Jing Zhang and Brian Lee regarding 2012 first quarter finance report dated 4/5/12-4/20/12 | P000148-000151 | No objection |
| 45 | Telephone conversation between Jing Zhang and Ling Chai, Brian Lee and Jing Zhang | Zhang audio file 1 and translation | Objection. Recording made in violation of Massachusetts (two party consent) law, where Ling Chai and Brian Lee were located during the call.<br><br>Also object to the accuracy of the translation. |
| 46 | Telephone conversation between Ling Chai, Brian Lee and Jing Zhang | Zhang audio file 2 and translation | Objection. Recording made in violation of Massachusetts (two party consent) law, where Ling Chai and Brian Lee were located during the call.<br><br>Also object to the accuracy of the translation. |

5

| No. | Description | Identifier | Objection |
| --- | --- | --- | --- |
| 47 | Telephone conversation between Ling Chai, Brian Lee, and Jing Zhang | Zhang audio file 3 and translation | Objection. Recording made in violation of Massachusetts (two party consent) law, where Ling Chai and Brian Lee were located during the call. Also object to the accuracy of the translation. |
| 48 | Telephone conversation between Ling Chai, Brian Lee, and Jing Zhang | Zhang audio file 4 and translation | Objection. Recording made in violation of Massachusetts (two party consent) law, where Ling Chai and Brian Lee were located during the call. Also object to the accuracy of the translation. |
| 49 | Letter from Bob Maginn dated January 20, 2011 concerning Jenzabar Foundation | AGA 0000715 | FRE 402: Relevance FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 50 | Letter from Bob Maginn dated January 2011 concerning Jenzabar Foundation | AGA 000832-835 | FRE 402: Relevance FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 51 | Email from Brian Lee to the Jing Zhang, Chai Ling, Yan Xu and others, dated 1/20/12 re Updates from China News | P 000253 – 000254 | FRE 402: Relevance FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 52 | Email from Brian Lee to the Jing Zhang, Chai Ling, Yan Xu and others, dated 1/6/12 re Team Retreat Confirmed | P 000265-66 | No objection |
| 53 | Email from Brian Lee to the Jing Zhang, Chai Ling, Yan Xu and others, dated 1/11/12 re Summary of 1/10 | P 000293-000294 | No objection |
| 54 | Emails between Christine Scanlon, John Beahm, Chai Ling and Brian Lee re Offer Letter, 6/10/12 to 7/26/12 | AGA 0011102 | No objection |

6

| No. | Description | Identifier | Objection |
|---|---|---|---|
| 55 | Emails between Brian Lee and Ling Chai on 3/12/2011-3/18/2011 re Summary of Friday March 18 | AGA2589-2594 | No objection |
| 56 | Email exchange between Brian Lee and Ling Chai on 3/18/2011 re Spiritual Phone Conversations | AGA0002595 – 2596 | No objection |
| 57 | All Girls Allowed 2010 Annual report, on file with the Secretary of the Commonwealth, Corporation Divisions | Exhibit I to Declaration of Nicole Denver in Opposition to Defendants' motion for Summary Judgment ("Denver Declaration") | No objection |
| 58 | All Girls Allowed 2011 Annual report, on file with the Secretary of the Commonwealth, Corporation Divisions | Exhibit I to Denver Declaration | No objection |
| 59 | All Girls Allowed 2012 Annual report, on file with the Secretary of the Commonwealth, Corporation Divisions | | No objection |
| 60 | All Girls Allowed 2013 Annual report, on file with the Secretary of the Commonwealth, Corporation Divisions | | No objection |
| 61 | All Girls Allowed 2014 Annual report, on file with the Secretary of the Commonwealth, Corporation Divisions | | No objection |
| 62 | All Girls Allowed 2015 Annual report, on file with the Secretary of the Commonwealth, Corporation Divisions | | No objection |

| No. | Description | Identifier | Objection |
|---|---|---|---|
| 63 | All Girls Allowed 2016 Annual report, on file with the Secretary of the Commonwealth, Corporation Divisions | | No objection |
| 64 | Chai Ling's Linkedin biography | Exhibit 4 to Mintzer Declaration | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/ Delay/Waste of Time/Cumulative |
| 65 | Defendants' Amended Answer, Affirmative Defenses and Counterclaim<br>(Along with applicable parts of Amended Complaint) | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/ Delay/Waste of Time/Cumulative<br>FRE 801, 802: Hearsay |
| 66 | Defendants' Interrogatory Responses | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/ Delay/Waste of Time/Cumulative<br>Defendants also preserve and incorporate by reference all objections they made to Plaintiffs' Set of Interrogatories at the time they responded. |
| 67 | Zhang medical records produced by Yan Wang, M.D. | Wang001-064 | No objection |
| 68 | Records from Dime Saving Bank Reflecting Payments from Jenzabar Foundation and Jenzabar Inc. to Women's Rights in China 2010-201 | Appendix F to Report of Sam Rosenfarb | Object only on grounds that this "exhibit" is actually several different documents |

| No. | Description | Identifier | Objection |
|---|---|---|---|
| 69 | Notes of Jing Zhang of 2/17/2012 meeting | P001696-98 | FRE 406: Completeness<br><br>Objection on the basis that the document is in Mandarin/Chinese and preserve all objections to introduction of this document as an exhibit on said grounds |
| 70 | Jing Zhang Damages Chart (to be provided) | | Defendants preserve all objections because they are not familiar with the identifier and it thus appears Plaintiffs have not provided a copy of this heretofore unproduced document. |
| 71 | Women's Rights in China Damages Chart (to be provided) | | Defendants preserve all objections because they are not familiar with the identifier and it thus appears Plaintiffs have not provided a copy of this heretofore unproduced document. |
| 72 | Email dated February 17, 2011 from Lee Brian to Chai Ling re – subject: summary for Thursday February 17, 2011 | AGA 0002100-2101 | No objection |
| 73 | Email from Brian Lee to various persons re Team Retreat on February 8-9? Dated 1/5/12 | P00267-268 | No objection |
| 74 | AGA annual report June 2010-June 2011 | P000821-860 | Objection – this exhibit is duplicative of exhibit 57 |
| 75 | AGA Budget for 2010 | AGA-0000534 | No objection |
| 76 | AGA Briefing on China's One-Child Policy and Recommendations | P000669-677 | Objection – this exhibit is duplicative of exhibit 33 |
| 77 | Brian Lee 3/2/11 email to Chai Ling re: Summary of Weds., March 3 | AGA-0002085-86 | No objection |
| 78 | Brian Lee, Yan Xu emails 1.20.2012 re Rough Cut of Its a Girl | P000306-312 | FRE 402: Relevance<br><br>FRE 403: Prejudicial/Confusing/Misleading/Delay/ Waste of Time/Cumulative |

9

| No. | Description | Identifier | Objection |
|---|---|---|---|
| 79 | Email from Brian Lee 1/5/12 re AGA team retreat | P000267 | Objection – this exhibit is duplicative of exhibit 73 |
| 80 | Email from Brian Lee 2/16/2012 re credits question | P000331-332 | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 81 | Email from Brian Lee to Jenzabar Payroll re Zhang vacation time 1/24/2012 | P000406 | No objection |
| 82 | Email from Chai Ling to Jing Zhang: re: Hello from Chai Ling: re Hello from Chai Ling, dated 6/6/09 | P004375 | Objection on the basis that the document is in Mandarin/Chinese and preserve all objections to introduction of this document as an exhibit on said grounds |
| 83 | Email from Chelsea Chase of Jenzabar re HR updated 4/13/2012 | P000383-387 | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative<br>FRE 801, 802: Hearsay |
| 84 | Email from Jennifer Long re 401k match, dated 2/16/12 | P000395 | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative<br>FRE 801, 802: Hearsay |
| 85 | Email from Jennifer Long to Jing Zhang dated 9/10/10 re Paperwork | P001785-86 | No objection |
| 86 | Email from Jennifer Long to Jing Zhang dated 6/1/2010 re offer letter | P001788-1789 | No objection |
| 87 | Email from Lee to Zhang 3/16/2011 re ??? | AGA-0006202 | No objection |
| 88 | Email from WRIC dated July 24, 2010 re [Chinese Characters] | P004426-4427 | Objection on the basis that the document is in Mandarin/Chinese and preserve all objections to introduction of this document as an exhibit on said grounds |

| No. | Description | Identifier | Objection |
|---|---|---|---|
| 89 | Email from Zhang to Lee and Ling 3/30/12 re response to your letter | P000313-314 | FRE 402: Relevance<br><br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative<br><br>FRE 408: Compromise Offer/Negotiations<br><br>FRE 801, 802: Hearsay |
| 90 | Email from Yan Xu re Weekly China Report, dated March 21, 2012 | P000252 | No objection |
| 91 | Emails between Brian Lee, Yan Xu and others re New Material in dropbox | P000322-326 | FRE 402: Relevance<br><br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 92 | Emails between Lee, Zhang and Xu re emailing answers to questions in English? | P000462-465 | No objection |
| 93 | Emails between Yan Xu and Brian Lee re translation work 9/3/2010 | P000409-411 | No objection |
| 94 | Emails From Ling Chai, Lauren Bommhardt re Phone Message for AGA, dated 6/17/10 | P000444-447 | Objection on the basis that the document is in Mandarin/Chinese and preserve all objections to introduction of this document as an exhibit on said grounds |
| 95 | Emails with Chai Ling, Jing Zhang and Brian Lee re Numbers for Baby Shower Gift dated 11/1/10 | AGA0014242-4245 | Objection on the basis that the document is in Mandarin/Chinese and preserve all objections to introduction of this document as an exhibit on said grounds |
| 96 | Emails with Jing Zhang, Chai Ling and Jenzabar HR re: Offer Letter dated 5/28/2010 | P001770-1784 | FRE 408: Compromise Offer/Negotiations |
| 97 | Emails with Lee and Zhang and others re: Zhang Jing's bio dated 10/19/10 | P000456-458 | No objection |

| No. | Description | Identifier | Objection |
|---|---|---|---|
| 98 | Emails with Zhang, Ling, Beahm re payment to WRIC dated 6-9-10 | P001804-1809 | No objection |
| 99 | Jenzabar 401(k) distribution to Jing Zhang | P001811 | No objection |
| 100 | Web Page from Jenzabar Inc. - Jenzabar – About Us – | | No objection |
| 101 | Web Page from Jenzabar Inc. – Jenzabar - Leadership | | No objection |
| 102 | Web Page from Jenzabar Inc. - The Jenzabar Foundation | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/ Delay/Waste of Time/Cumulative |
| 103 | Web Page from the Jenzabar Foundation - our work -- affiliates | | No objection |
| 104 | Email from Brian Lee to Zhang Re Zhang Jing and AGA proposal, dated 3/2/12 | P000152 | Objection on the basis that the document is in Mandarin/Chinese and preserve all objections to introduction of this document as an exhibit on said grounds |
| 105 | Minutes for All Girls Allowed first advisory board meeting dated 6/17/2012 | P001362-1364 | No objection (but date of document is 6/17/11, not 6/17/12) |
| 106 | Memorandum: Questions about Chinese Programs dated 4/6/2011 | AGA0001365-1372 | No objection |
| 107 | AGA Statement Regarding Media Inquiry | P000678-679 | No objection |
| 108 | Web page from The Jenzabar Foundation: Who We Are | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/ Delay/Waste of Time/Cumulative |
| 109 | WRIC Literature | P000956-995 | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/ Delay/Waste of Time/Cumulative |

| No. | Description | Identifier | Objection |
|---|---|---|---|
| 110 | Email from Chai Ling to Zhang and others dated 7/16/10 re Asylum Packet and cover letter with attachments | AGA0011412-16 | No objection |
| 111 | AGA Budget 2012 | AGA700 | No objection |
| 112 | Emails from Yan Xu, Brian Lee re: question dated 4/20/12 | P001544-1548 | Objection on the basis that the document is in Mandarin/Chinese and preserve all objections to introduction of this document as an exhibit on said grounds |
| 113 | Jenzabar Foundation Inc. 2013 IRS Form 990 | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 114 | AGA 2014 IRS Form 990 | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 115 | AGA 2013 IRS Form 990 | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 116 | AGA 2012 IRS Form 990 | | No objection |
| 117 | Western Union Receipts | W001-W112 | No objection |
| 118 | Photographs of WRIC Offices | Exhibits D, E, F & G to Deposition of Chishun Chang | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative<br>Object on grounds that this "exhibit" is actually several different documents |
| 119 | Photograph of Brian Lee, Jing Zhang and others in front of AGA/WRIC Offices | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 120 | Book Excerpt from "The Orphans of Shao" by Pang Jiaoming | | FRE 402: Relevance<br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |

| No. | Description | Identifier | Objection |
|---|---|---|---|
| 121 | Jenzabar Foundation form 990 2010 Part III changes | AGA0000742-743 | No objection |
| 122 | Intern Job Description – AGA and the Jenzabar Foundation | AGA00525 | No objection |
| 123 | Email from Brian Lee to Tessa Dale re annual report, final dated 10/14/11 and attached report | AGA0009122-9162 | No objection |
| 124 | Email from Brian Lee to Jing Zhang dated 1/2/12 re [Chinese characters] | P003003 | Objection on the basis that the document is in Mandarin/Chinese and preserve all objections to introduction of this document as an exhibit on said grounds |
| 125 | Emails between Chai Ling and Jing Zhang re WRIC dated 5/25/10 | P001397-1398 | FRE 402: Relevance<br><br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 126 | WRIC Donation Confirmation Forms to Jenzabar Foundation | P001381-87 | Object on grounds that this "exhibit" is actually several different documents |
| 127 | Emails between Isabelle Qinyi, Ling Chai, Jing Zhang and Brian Lee re Isabelle Political asylum dated 11/18/11 | P001849-51 | FRE 402: Relevance<br><br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative<br><br>Objection on the basis that the document is in Mandarin/Chinese and preserve all objections to introduction of this document as an exhibit on said grounds |
| 128 | Emails between Jing Zhang and Ling Chai re "11-07-10-2011" dated 11/10/11 | P002368 | Objection on the basis that the document is in Mandarin/Chinese and preserve all objections to introduction of this document as an exhibit on said grounds |
| 129 | Linkedin Profile of Tara Craft Campell | | FRE 402: Relevance<br><br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 130 | Linkedin Profile of Rebecca (Nelson) Olson | | FRE 402: Relevance<br><br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 131 | Linkedin Profile of Annie Wang | | FRE 402: Relevance<br><br>FRE 403: Prejudicial/Confusing/Misleading/ |

14

| No. | Description | Identifier | Objection |
|-----|-------------|------------|-----------|
|     |             |            | Delay/Waste of Time/Cumulative |
| 132 | Jenzabar Summary of Benefits 2012 | AGA 0009362-9366 | FRE 402: Relevance<br><br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 133 | 2012 Jenzabar Open Enrollment Newsletter | AGA 0009312-9319 | FRE 402: Relevance<br><br>FRE 403: Prejudicial/Confusing/Misleading/Delay/Waste of Time/Cumulative |
| 134 | Email from Brian Lee to Jing Zhang re Request for Baby Shower Pin Name in Pinyin dated 9/2/10 | AGA 00013462 | No objection |
| 135 | Email from Brian Lee to Jing Zhang re ??? dated 11/9/11 | AGA 0009671 | FRE 106: Completeness<br><br>Objection on the basis that the document is in Mandarin/Chinese and preserve all objections to introduction of this document as an exhibit on said grounds |
| 136 | Emails between Brian Lee and Jing Zhang re ??? dated 11/17/11 | AGA 0009691 | Objection on the basis that the document is in Mandarin/Chinese and preserve all objections to introduction of this document as an exhibit on said grounds |
| 137 | Email from Jing Zhang to Brian Lee and Chai Ling re Two Items Checkout dated 2/21/12 | AGA 0002914 | Objection on the basis that the document is in Mandarin/Chinese and preserve all objections to introduction of this document as an exhibit on said grounds |