September 1st, 2017

Jing Zhang

176-21 77th Rd

Queens, NY 11366

Honorable Roslynn Mauskopf

225 Cadman Plaza East

Brooklyn, NY 11201

**Dear Honorable Judge Mauskopf,**

My name is Jing Zhang. I am the plaintiff in the Jing Zhang v Jenzabar no.12 cv.2988 of which you are the judge. I believe there was a total misconception of why I did not accept the settlement in October of 2015. It had nothing to do with enriching my life but rather including and acknowledging the people direly affected by Jenzabar's removal of funds from programs in China. The defendants launched a vindictive investigation in China which caused 5 WRIC members to went to jail and more were put in peril.

I asked my lawyers about the progress of my case and when it would be scheduled to go to trial. They said they did not know and did not have choice but to wait for the court's scheduling.

I am not sure if this is unusual but I am asking you honorable Judge Mauskopf if you could inform me of a possible trial date. I would really like the truth to come out into the open.

Respectfully,

Jing Zhang