THE LAW OFFICE OF
# KEVIN MINTZER, P.C.
1350 BROADWAY, SUITE 1400
NEW YORK, NY 10018

KEVIN MINTZER

TEL: 646-843-8180
FAX: 646-478-9768
KM@MINTZERFIRM.COM

September 25, 2017

<u>VIA ECF</u>

Hon. Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Zhang & WRIC vs. Jenzabar, Inc., et al., 12 Civ. 2988 (RRM)(RER)</u>

Dear Judge Mauskopf:

  Along with Daniel Alterman, I represent plaintiff Jing Zhang in the above matter. On September 19, 2017, the Court posted on the docket a letter that it had received directly from Ms. Zhang. We wish to advise the Court that, until the letter was posted, plaintiff's counsel was unaware that it had been sent. Without disclosing privileged communications, we also wish to assure the Court that Ms. Zhang is now aware that communications to the Court must be through counsel.

  To remind the Court concerning the status of this action, the parties filed a proposed Joint Pretrial Order on January 23, 2017. We would welcome an opportunity to discuss the next steps in this matter and are available to participate in a conference at the Court's convenience.

            Respectfully submitted,

            Kevin Mintzer

cc: Daniel Alterman, Esq. (via ECF)
   Mercedes Colwin, Esq. (via ECF)