

1350 Broadway, Suite 2220, New York, NY 10018
phone: 646-843-8180 | fax: 646-478-9768
km@mintzerfirm.com | www.mintzerfirm.com
Kevin Mintzer, Attorney At Law

October 12, 2021

<u>VIA ECF</u>
Hon. Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Zhang & WRIC vs. Jenzabar, Inc., et al., 12 Civ. 2988 (EK)(RER)</u>

Dear Judge Komitee:

      I represent Plaintiffs in the above-referenced matter. I write on behalf of all parties to inform the Court that the parties have reached a settlement-in-principle that will fully resolve this case. If the Court elects to enter a dismissal order pending completion of a final settlement, we respectfully request that Court grant Plaintiffs at least 45 days to seek reinstatement of the action if the settlement is not finalized.

Respectfully submitted,

Kevin Mintzer

cc: Counsel of Record (via ECF)